IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 27 2023

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-236 KG |
| vs. | ) Count 1: 18 U.S.C. § 2251(a):<br>) Production of Child Pornography |
| **JOSEPH CRUTCHER,** | ) Count 2: 18 U.S.C. §§ 2252A(a)(2)(A),<br>) 2256(8)(A), and 2256(2)(A):<br>) Distribution of Child Pornography |
| Defendant. | ) Count 3: 18 U.S.C. §§ 2252A(a)(5)(B),<br>) 2256(8)(A), and 2256(2)(A): Possession<br>) of Child Pornography |

INFORMATION

The United States Attorney charges:

Count 1

On or about October 7, 2022, in Eddy County, in the District of New Mexico, and elsewhere, the defendant, **JOSEPH CRUTCHER,** did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, as defined by 18 U.S.C. § 2256(2)(A), for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a).

Count 2

On or about November 9, 2022, in Eddy County, in the District of New Mexico, and elsewhere, the defendant, **JOSEPH CRUTCHER**, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A), 2256(8)(A), and 2256(2)(A).

Count 3

Between on or about June 21, 2015, through or about November 8, 2022, in Eddy County, in the District of New Mexico, the defendant, **JOSEPH CRUTCHER,** did knowingly possess multiple digital devices including a Samsung Galaxy A12 containing images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors, and which were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2256(8)(A), and 2256(2)(A).

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 2251, 2252A, the defendant, **JOSEPH CRUTCHER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253 any matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or

any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. LG Cellular Phone with gray back

b. Amazon Tablet Model: M8S26G

c. HP Chromebook x360 Model: 14aca0090wm, Serial Number 5CD044HN8F

d. LG Cellular phone, cracked screen, with beige back

e. Samsung Cellular Phone Model: SM-J72T2, IMEI 355620-08-188468/2

f. HP Laptop Model :15-bs144wm, Serial Number CND9023C7

g. 8GB Micro SD Card MMD8GBSM2691-TO DM7T231P

h. Aspire 7560 Series Laptop Model P7YE5, Serial Number LXRKJ020271491290B1601

i. LG Cellular Phone Model: LG-SP200, Serial Number 804VTSM0770566

j. Sports Cam Full HD 1080p

k. Omni 2 Camera AE0434D00143

l. Cloak Cam 1080

m. 5 CD Optical Disks

n. Play Station 4 Sony CUH 2215A

o. Xbox One S Serial Number 174021683616

p. Black Kyocera Cell Phone

q. Celero 5g Cellular Phone

r. Samsung Cellular Phone SM-J327T1, IMEI: 352001/009/728600/1

s. T Mobile Cellular Phone IMEI: 763892053374308

t. Purple HP Stream Laptop with SD Card

u. Blue HP 2000 Notebook PC Serial Number 5CG3203MJ6

v. Compaq Presario Serial Number CNH44202SG

w. Samsung Galaxy A12 Cellular Phone Model: SM-A125U1/DS, Serial Number R58RA3ZL820, IMEI 352945784320855

x. Samsung Galaxy A12 Cellular Phone Model: SM-A125U1/DS, Serial Number R58RA22-LMPX, IMEI 352945784100562

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Marisa Ong*

MARISA A. ONG
MATILDA M. VILLALOBOS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304