IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 27 2023

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH CRUTCHER,

        Defendant.

No. 23-236 KG

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.

_____
Joseph Crutcher

_____
Jess Lilley
Attorney for Crutcher

Date: 2/27/23

Before: _____
United States Magistrate Judge